**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
JONATHAN HAMILTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>           Plaintiff,                              )<br>                                                           )<br>                                                           )<br>vs.                                                     )<br>                                                           )<br>                                                           )<br>JONATHAN HAMILTON                  )<br>                                                           )<br>                                                           )<br>           Defendant.                          )<br>_____) | CASE NO. 6:19-po-00308-JDP<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE TO JUNE 2, 2020; ORDER THEREON<br><br><br>Date:  June 2, 2020 (Proposed)<br>Time:  10:00 AM<br>Judge: Jeremy D. Peterson |

**IT IS HEREBY STIPULATED** by and between the Defendant, JONATHAN HAMILTON, his attorney of record, CAROL ANN MOSES, and Yosemite Legal Officer, SUSAN ST. VINCENT that the Status Conference in the above-captioned matter currently scheduled for April 28, 2020 at 10:00 AM be continued to June 2, 2020 at 10:00 AM. The government has no objection.

Based on an incident that occurred May 25, 2019, citations were issued alleging that Mr. Hamilton committed the following act: 36 CFR § 4.12 – failure to comply with the directions of a traffic control device.

Settlement negotiations revealed the need for Mr. Hamilton's current medical records which indicate a physical condition relevant to the allegation. Mr. Hamilton is in the process of

switching to Medi-Cal due to the COVID-19 pandemic leaving him unemployed. Mr. Hamilton does not have his Medi-Cal interview until this Thursday (4/23/20). Due to this change, Mr. Hamilton has not yet been able to get a copy of his medical records which Defense Counsel needs to move forward in this case.

     Mr. Hamilton respectfully requests a continuance of his Status Conference in Case No. 6:19-po-00308-JDP from April 28, 2020 at 10:00 AM to June 2, 2020 at 10:00 AM.

Dated: April 21, 2020             /s/ Carol Ann Moses
                                                     CAROL ANN MOSES
                                                     Attorney for Defendant,
                                                     JONATHAN HAMILTON

Dated: April 21, 2020             /s/ Susan St. Vincent
                                                     SUSAN ST. VINCENT
                                                    Yosemite Legal Officer

**ORDER**

The above request to continue the status conference in case no. 6:19-po-00308-JDP from April 28, 2020 at 10:00 AM to June 2, 2020 at 10:00 AM is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   April 24, 2020                                  _____
                                                                        UNITED STATES MAGISTRATE JUDGE