Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN W. HAMILTON,<br><br>Defendant. | Docket Number  6:19-po-00308-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

     Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.

     .

     Dated:  May 29, 2020            /S/ Sean O. Anderson
                                               Sean O. Anderson
                                               Acting Legal Officer
                                               Yosemite National Park

**ORDER**

Upon application of the United States, good cause having been shown therefore, it is hereby ordered that the above-referenced matter, *United States v. Jonathan Hamilton* 6:19-po-00308-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   May 29, 2020                                                  _____
                                                                                           UNITED STATES MAGISTRATE JUDGE

2